IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| CHRISTOPHER DAVID COBB, | ) |
| | ) |
| Defendant/Movant, | ) |
| | ) |
| v. | ) Case Nos. 7:09-cr-0486-LSC-TMP |
| | )              7:13-cv-8024-LSC-TMP |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On November 14, 2014, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this motion for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2255 be denied and dismissed.  (Doc. 13).  No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.  A separate Order will be entered.

The Clerk is DIRECTED to mail a copy of this Memorandum Opinion to the movant.

Done this 5th day of December 2014.

L. Scott Coogler
United States District Judge

[160704]